# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

ORIGINAL

| | |
|---|---|
| VALENTYNA GUDYM | ) |
| *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 4:12cv85 |
| Law Offices of Shapiro, Brown & Alt, LLP, and Professional Foreclosure Corporation of Virginia, | ) ) ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Professional Foreclosure Corporation of Virginia
c/o E. Edward Farnsworth, Jr., Registered Agent
236 Clearfield Avenue, Suite 215
Virginia Beach, VA 23462

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Susan M. Rotkis, Esq.
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/4/12

*Signature of Clerk or Deputy Clerk*

U.S. CLERKS OFFICE
RECEIVED

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

in the:

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VA

STATE/COMMONWEALTH OF: VA

320152 - 2

VALENTYNA GUDYM

In re / v.

LAW OFFICES OF SHAPIRO, BROWN & ALT, LLP. ET AL

CASE NO:

**4:12CV85**

FILED
IN NEWPORT [NEWS]
JUN 1 4 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

E. EDWARD FARNSWORTH, JR., REGISTERED AGENT
PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA
236 CLEARFIELD AVE. STE 215, VIRGINIA BEACH, VA 23462

is the name and address of the person upon whom service of the following is to be made.

Document(s) Served: SUMMONS IN A CIVIL ACTION
COMPLAINT

NOTICE

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service: 6/11/2012 @ 12:25 PM

METHOD OF SERVICE:

**PERSONAL SERVICE**

**Prior Attempts:**
6/8 10:50A-, LEFT NOTICE OF ATTEMPTED DELIVERY, NOT AVAILABLE-

Dated: 6/12/2012   Signature
Name: BECKY L MYERS

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
BECKY L MYERS
who is personally known to me.
Date: 6/12/2012
My commission expire 1/31/2015

Signature of Notary Public: JEKECIA K. JEFFERSON, REG #7127290

JEKECIA K. JEFFERSON, REG #7127290
Notary Public
Commonwealth of Virginia
My Commission Expires: 1/31/2015

Hester Services, Inc., P.O. Box 2070, Poquoson, VA 23662, Phone 757-868-5833

DONNA WINTERS

320152 - 2