# EXHIBIT 2

# Fairfax County Circuit Court
# CPAN Cover Sheet v2.0

**Instruments**
ASSIGNMENT

**Grantor(s)**
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC_F_N

**Grantee(s)**
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERV_F_N

| Consideration | | Consideration % | | 100 | |
|---|---|---|---|---|---|
| Tax Exemption | | Amount Not Taxed | | | |
| DEM Number | | Tax Map Number | | 02 4 40 20 005 | |
| Original Book | | Original Page | | | |
| Title Company | | | | Title Case | 10-198459D |
| Property Descr. | LOT 5, SECTION 1, HIGHLAND MEWS, AS THE SAME APPEAR | | | | |
| Certified | No | Copies | 0 | Page Range | |



TAX MAP #: 0244 02 0005   MIN: 1001337-0001498410-1
　　　　　　　　　　　　　MERS Phone: 1-888-679-6377

## ASSIGNMENT

**FOR VALUE RECEIVED, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ( MERS )**, Assignor herein, its successor and assigns, hereby assigned and transferred to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, Assignee herein, with an address of c/o **BAC Home Loans Servicing, LP, 400 Countrywide Way, Simi Valley, California 93065-6298**, its successors and assigns, all right, title, and interest in and unto a certain Deed of Trust, dated July 19, 2006 and executed by VALENTYNA GUDYM to SAMUEL I. WHITE, P.C., Trustee, securing an indebtedness in the original amount of $292,500.00, and recorded at Instrument Number 18636 AT PAGE 0500 RECORDED JULY 26, 2006 , among the land records of the COUNTY OF FAIRFAX, VA.

Commonly known as 13615 KRISTIN PLACE, Herndon, VA 20171

Signed on this _25_ day of _APRIL_, 2011

　　　　ASSIGNOR: Mortgage Electronic Registration Systems, Inc. ( MERS )
　　　　BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME
　　　　LOANS SERVICING LP

　　　　By: _____

(Seal)　　Name: SPBCI MONADYAN
　　　　　Title: ASSISTANT SECRETARY

STATE OF _____ )
COUNTY OF _____ ) SS.
On _____, before me, _____, personally appeared _____ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

　　　　　　　　　　Witness my hand and official seal.

(Seal)　see attached

　　　　　　　　　　Notary Public
　　　　　　　　　　My Commission expires:

PREPARED BY: SHAPIRO & BURSON, LLP
13135 Lee Jackson Highway,
Suite 201, Fairfax, Virginia 22033

SB #10-198459D

Grantor: MORTGAGE ELECTRO　　Grantee: BAC HOME LOANS S
DateTime: 07/11/2011 09:35:48　　Instrument: 2011025271.018
Book/Page: 21747/1849　　　　　　# of Pages: 3
Recorded in FAIRFAX CIRCUIT COURT

TESTE: JOHN T. FREY

1 of 2

# ACKNOWLEDGMENT

State of California
County of _____Ventura_____)

On __April 25, 2011__ before me, ____Daisy Salvatierra, "Notary Public"____
(insert name and title of the officer)

personally appeared _____***************  Srbui Muradyan  ***************_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

[Seal: DAISY SALVATIERRA, Commission # 1811192, Notary Public -- California, Los Angeles County, My Comm. Expires Aug 29, 2012]

Assignment - Valentyna Chudym

2 of 2