# EXHIBIT 8



# SUROVELL
# ISAACS
# PETERSEN
# & LEVY PLC

ROBERT J. SUROVELL
DOROTHY M. ISAACS*
DAVID M. LEVY
SCOTT A. SUROVELL*
J. CHAPMAN PETERSEN*+
CORY FREDERICK GORIUP*
JENNIFER B. BAUMGARTNER
CAMILLE N. ALLAN
JASON E. BRAUN
NATHAN D. ROZSA
JASON F. ZELLMAN
MICHELE L. JOSEPH
KRISTI CAHOON KELLY*
ERIN E. WITTE
ANDREW R. TANK

OF COUNSEL
DAVID J. FUDALA*
G. DONALD MARKLE*

WRITER'S DIRECT DIAL: 703.277.9774
WRITER'S EMAIL: KKELLY@SIPLFIRM.COM

* ALSO ADMITTED IN DC
+ ALSO ADMITTED IN MD

July 15, 2011

# TELEFAX COVER LETTER
## PLEASE IMMEDIATELY DELIVER THE FOLLOWING TO:

**SHAPIRO & BURSON, LLP**

TELEFAX: 703-449-5850

TELEPHONE:

THIS TELEFAX ORIGINATES FROM: **Kristi C. Kelly**

MATTER: *Valentyna Gudym*

COMMENTS: **Please find the enclosed correspondence.**

OPERATOR: Lourie M. Hall (703-277-9756)

TOTAL PAGES TRANSMITTED (INCLUDING THIS COVER): _3

**If you did not receive all of the pages, please call as soon as possible and ask to speak to the operator named. Thank you.**

*The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.*

4010 University Drive, Second Floor | Fairfax, Virginia 22030 | P: 703-251-5400 | F: 703-591-9285 | www.siplfirm.com



## SUROVELL
## ISAACS
## PETERSEN
## &LEVY PLC

ROBERT J. SUROVELL
DOROTHY M. ISAACS*
DAVID M. LEVY
SCOTT A. SUROVELL*
J. CHAPMAN PETERSEN*+
CORY FREDERICK GORIUP*
JENNIFER B. BAUMGARTNER
JOHN C. BAZAZ
CAMILLE N. ALLAN
JASON E. BRAUN
NATHAN D. ROZSA
JASON F. ZELLMAN
MICHELE L. JOSEPH
KRISTI CAHOON KELLY*
ERIN E. WITTE

OF COUNSEL
DAVID J. FUDALA*
G. DONALD MARKLE*

WRITER'S DIRECT DIAL: 703.277.9774
WRITER'S EMAIL: KKELLY@SIPLFIRM.COM

* ALSO ADMITTED IN DC
+ ALSO ADMITTED IN MD

July 15, 2011

*by facsimile and certified mail*

Shapiro & Burson, LLP
Attn: Fair Debt Attorney
236 Clearfield Ave., Suite 215
Virginia Beach, Virginia 23462
    Fax: (703) 449-5850

    re:    Valentyna Gudym
           Your File No. 10-198459D
           13615 Kristin Place, Herndon, VA 20171
           **Foreclosure Sale Date: July 26, 2011**

Dear Sir or Madam:

    Valentyna Gudym ("Ms. Gudym") has come to our office for advice and counsel regarding the above-referenced loan. We are writing in response to your June 2nd and 29th letters, whereby you are attempting to collect a debt. Ms. Gudym, through counsel, disputes the amount that you indicate she owes and that BAC Home Loan Servicing, LP is the creditor to whom the debt is owed. Ms. Gudym would like verification of the amount of the debt and the identity of the proper creditor.

    In addition, please produce a copy of the original note that has all of the appropriate endorsements in accordance with the Uniform Commercial Code. If for some reason the original note is lost, pursuant to Virginia Code § 55-59.1(B), please provide me a copy of the notice of the lost note that was sent to Ms. Gudym and a copy of the lost note affidavit that was signed by the beneficiary.

    Further, Ms. Gudym would like an itemized reinstatement quote, not a payoff statement and the pre-acceleration notice that her servicer sent her.

    Finally, Ms. Gudym entered into a modification agreement with her mortgage servicer dated, December 11, 2009 and effective February 1, 2010. Ms. Gudym has complied

SUROVELL ISAACS PETERSEN & LEVY PLC
SHAPIRO & BURSON, LLP
July 15, 2011
Page 2

with all terms and conditions of the agreement until her servicer inexplicably refused payments. Since then, Ms. Gugym has set aside her monthly payment amount and is pursuing her options to enforce the modification. She is still attempting to work this situation out with her servicer, and because of this we would ask that you cease any collection activity until this matter is resolved.

Thank you for your time and attention to this matter.

Very Truly Yours,

Kristi Cahoon Kelly

Cc: Valentyna Gudym