# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division



FILED
AUG 17 2012
CLERK, US DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| ERIC S. MOORE, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>SHAPIRO & BURSON, LLP,<br>Defendant. | Civil No. 4:11cv122<br>LEAD |

| | |
|---|---|
| SANDRA WATERS-LEVY<br>Plaintiff,<br><br>v.<br><br>LAW OFFICES of SHAPIRO<br>& BURSON, LLP,<br>Defendant. | Civil No. 4:12cv45 |

| | |
|---|---|
| CHRISTIAN ANDRADE, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>SHAPIRO & BURSON, LLP,<br>Defendant. | Civil No. 2:11cv523 |

| | |
|---|---|
| GLENN T. MacNAUGHTON,<br>Plaintiffs,<br><br>v.<br><br>SHAPIRO & BURSON, LLP, *et al.*,<br>Defendants. | Civil No. 4:12cv95 |

INMER E. CAMPOS-CARRANZA,
    Plaintiff,

v.                                          Civil No. 4:12cv94

SHAPIRO & BURSON, LLP, *et al.*,
    Defendants;

---

VALENTYNA GUDYM,
    Plaintiff,

v.                                          Civil No. 4:12cv85

SHAPIRO & BURSON, LLP, *et al.*,
    Defendants.

---

## ORDER

Having reviewed the action and briefing filed in MacNAUGHTON v. SHAPIRO & BURSON, LLP, *et al.*, Civil No. 4:12cv95; CAMPOS-CARRANZA v. SHAPIRO & BURSON, LLP, *et al.*, Civil No. 4:12cv94; and GUDYM v. SHAPIRO & BURSON, LLP, *et al.*, Civil No. 4:12cv85, it is hereby **ORDERED** that these actions shall be assigned to the undersigned and shall be consolidated for pretrial and settlement purposes only. All future pleadings shall be filed under the style *Moore, et al., v. Shapiro & Burson LLP*, Civil Action No. 4:11cv122-LEAD.

The case *Akbar v. Law Offices of Shapiro & Burson, LLP*, Civil Action No. 4:12-cv-53, which was reassigned to this Court, is not consolidated with the above-consolidated actions. Plaintiffs' failure to file a Reply brief in that matter addressing Defendant's objections to consolidation – despite explicit direction to do so by this Court – is noted.

The consolidated actions are **STAYED** pursuant to the Order entered in the LEAD case [ECF 36]. However, counsel in the LEAD case are **ORDERED** to file Joint Status Reports every thirty days. These reports shall advise the Court of the status of the mediation efforts.

The Clerk is **DIRECTED** to forward copies of this Order to all counsel of record of the consolidated cases, and to the counsel in *Akbar v. Law Offices of Shapiro & Burson, LLP*, Civil Action No. 4:12-cv-53.

**IT IS SO ORDERED.**

August 17, 2012

Norfolk, Virginia

ARENDA L. WRIGHT ALLEN
UNITED STATES DISTRICT JUDGE